# Order

Michigan Supreme Court
Lansing, Michigan

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143499 (33)


IN RE PAROLE OF                                    SC: 143499
JUSTIN CLARENCE ALDRED, JR.,        COA:  300391

_____


On order of the Chief Justice, the motion for reconsideration of the order of August 10, 2011 is considered and it is denied because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk